UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* EDWIN GVALEVECH,<br><br>Plaintiffs,<br><br>v.<br><br>KROGER SPECIALTY PHARMACY HOLDINGS 2, INC., KROGER SPECIALTY PHARMACY HOLDINGS 1, INC., KROGER SPECIALTY PHARMACY HOLDINGS, INC., THE KROGER COMPANY, ERL MEDICAL CORPORATION, BRENDA GOODMAN, THOMAS C. DERVIN, EMMANUEL R. LIM, MD,<br><br>Defendants. | No. 2:23-cv-07277 SB(Ex)<br><br>**ORDER FOR DISMISSAL OF CIVIL ACTION**<br><br>Honorable Stanley Blumenfeld, Jr. |

Having received the parties' Joint Stipulation of Dismissal and the Consent to Dismissal of the United States and the State of California (Doc. 60), which includes a request by the parties for the Court to retain jurisdiction to enforce the Settlement Agreement (Agreement) and Relator's Share Agreement with the United States and the State of California, IT IS ORDERED THAT:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice as to the Relator for all claims against all defendants, pursuant to and consistent with the terms and conditions of the Agreement;

2. This action is dismissed with prejudice as to the United States and the State of California for all claims against Kroger Specialty Pharmacy Holdings 2, Inc., Kroger Specialty Pharmacy Holdings 1, Inc., Kroger Specialty Pharmacy Holdings, Inc., and The Kroger Company (the Kroger Entities), Thomas C. Dervin, and Brenda Goodman for the covered conduct, pursuant to and consistent with the terms and conditions of the Agreement;

3. This action is dismissed without prejudice as to the United States and the State of California as to all other claims against the Kroger Entities, Thomas C. Dervin, and Brenda Goodman, pursuant to and consistent with the terms and conditions of the Agreement;

4. This action is dismissed without prejudice as to the United States and the State of California for all claims against ERL Medical Corporation and Emmanuel R. Lim;

5. The Court retains jurisdiction to enforce the agreement between Relator and the United States and the State of California for payment of the Relator's share under 31 U.S.C. § 3730(d) and Cal. Govt. Code § 12652(g).

IT IS SO ORDERED.

Dated: August 21, 2024

Stanley Blumenfeld, Jr.
United States District Judge

1